IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| POETIC LICENSE CAPITAL, INC., | CV 22-99-BLG-SPW-KLD |
| Plaintiff, | |
| vs. | ORDER |
| ALI EBRAHIM and JOHN DOES I-V, | |
| Defendant. | |

Plaintiff Poetic License Capital, Inc. has filed a motion to serve Defendant Ali Ebrahim by alternative means. (Doc. 10). Accordingly, and good cause appearing,

IT IS ORDERED that pursuant to Fed. R. Civ. P. Rule 4(f)(3), Plaintiff's motion is GRANTED and Plaintiff may serve Defendant Ali Ebrahim by email at ali@ebrahim.com.

DATED this 13th day of February, 2023.

Kathleen L. DeSoto
United States Magistrate Judge

1