**Nathan G. Wagner**
SIEFERT & WAGNER, PLLC
1135 Strand Avenue, Suite A
Missoula, Montana 59801
Telephone: (406) 226-2552
Facsimile: (406) 226-2553
Email: nate@swl.legal, mail@swl.legal

*Attorney for Yahya "John" Piracha*

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| POETIC LICENSE CAPITAL, INC.,<br>　　　Plaintiff,<br>　v.<br><br>ALI EBRAHIM and JOHN DOES 1-10,<br>　　　Defendants, | Cause No.: CV-22-99-BLG-KLD |
| ALI EBRAHIM,<br>　　　Third-Party Plaintiff,<br>　v.<br><br>YAHYA "JOHN" PIRACHA,<br>　　　Third-Party Defendant, | **PIRACHA'S STATUS REPORT TO THE COURT** |
| YAHYA "JOHN" PIRACHA,<br>　　　Third-Party Defendant,<br>　　　Counterclaimant, and Third-<br>　　　Party Plaintiff<br>　v.<br><br>SHAN JAMAL, ALI THARIA and JOHN DOES 1-10,<br>　　　Third-Party Defendants. | |

1

Third-Party Defendant, Counterclaimant, and Third-Party Plaintiff, Yahya "John" Piracha, hereby submits this Status Report regarding the status of service upon Ali Tharia ("Tharia") and Shan Jamal ("Jamal") pursuant to the Court's May 20, 2025, Order (Doc. 75).

On June 9, 2025, Tharia was served with Piracha's Answer, Counterclaim, Third-Party Complaint and Demand for Jury Trial (Doc. 63). Tharia filed his motion to dismiss on July 16, 2025 (Doc. 82).

On June 30, 2025, Jamal was served with Piracha's Answer, Counterclaim, Third-Party Complaint and Demand for Jury Trial (Doc. 63). On July 9, 2025, Jamal contacted the undersigned requesting an extension, such that his response would be due on August 11, 2025. The undersigned granted this request.

DATED this 21st day of July 2025.

        SIEFERT & WAGNER, PLLC

        By: /s/ Nathan G. Wagner
            Nathan G. Wagner
            Attorney for Piracha