**Nathan G. Wagner**
SIEFERT & WAGNER, PLLC
1135 Strand Avenue, Suite A
Missoula, Montana 59801
Telephone:  (406) 226-2552
Facsimile:   (406) 226-2553
Email:         nate@swl.legal, mail@swl.legal

*Attorney for Yahya "John" Piracha*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| POETIC LICENSE CAPITAL, INC.,<br>          Plaintiff,<br>   v.<br><br>ALI EBRAHIM and JOHN DOES 1-10,<br>          Defendants, | Cause No.: CV-22-99-BLG-KLD |
| ALI EBRAHIM,<br>          Third-Party Plaintiff,<br>   v.<br><br>YAHYA "JOHN" PIRACHA,<br>          Third-Party Defendant, | **SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DOC. 82** |
| YAHYA "JOHN" PIRACHA,<br>          Third-Party Defendant,<br>          Counterclaimant, and Third-Party Plaintiff<br>   v.<br><br>SHAN JAMAL, ALI THARIA and JOHN DOES 1-10,<br>          Third-Party Defendants. | |

1

Yayha "John" Piracha, through his counsel of record, moves the Court for an extension of time from August 20, 2025, to September 19, 2025, to respond to Tharia's Rule 12(b)(2), 12(b)(1), 12(b)(6) and 12(b)(7) Motion to Dismiss Third Party Claim of Yahya "John" Piracha and Joinder (Doc. 82).

Opposing counsel has been contacted regarding this motion and has confirmed that they do not object to this extension of time. This motion is accompanied by a proposed order.

DATED this 20th day of August, 2025.

        SIEFERT & WAGNER, PLLC

        By: /s/ Nathan G. Wagner
           Nathan G. Wagner
           *Attorney for Yahya "John" Piracha*