IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| POETIC LICENSE CAPITAL, INC., | CV 22-99-BLG-KLD |
| Plaintiff, | |
| vs. | ORDER |
| ALI EBRAHIM and JOHN DOES 1-10, | |
| Defendants. | |
| ALIE EBRHAIM, | |
| Third-Party Plaintiff, | |
| vs. | |
| YAHYA "JOHN" PIRACHA, | |
| Third-Party Defendant. | |
| YAHYA "JOHN" PIRACHA, | |
| Third-Party Defendant, Counter-claimant, and Third-Party Plaintiff | |
| vs. | |
| SHAN JAMA, ALI THARIA and JOHN DOES 1-10, | |
| Third-Party Defendants. | |

Third-party Defendant Yayha "John" Piracha has filed a second unopposed motion for an extension of time to respond to Ali Tharia's Rule 12 Motion to Dismiss Third Party Claim of Yayha "John" Piracha and Joinder. (Doc. 87). Accordingly,

IT IS ORDERED that the motion (Doc. 87) is GRANTED. Piracha shall have until September 19, 2025, to file his response to Tharia's Motion to Dismiss (Doc. 82).

DATED this 21st day of August, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge