Gavin Fred Voeller
VOELLER LAW, PLLC
PO Box 206
East Helena, MT  59635
(406) 440-6213
gavin@voellerlawmontana.com

*Attorney for Shan Jamal*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| POETIC LISCENSE CAPITAL, INC..<br>          Plaintiff,<br>     v.<br><br>ALI EBRAHIM and JOHN DOES 1-10,<br>          Defendants. | Cause No.: CV-22-99-BLG-KLD<br>Hon. Kathleen L. DeSoto |
| ALI EBRAHIM,<br>          Third-Party Plaintiff,<br>     v.<br><br>YAHYA "JOHN" PIRACHA,<br>          Third-Party Defendant, | **NOTICE OF APPEARANCE** |
| YAHYA "JOHN" PIRACHA,<br>          Third-Party Defendant,<br>          Counterclaimant, and<br>          Third-Party Plaintiff<br>     v.<br><br>SHAN JAMAL, ALI THARIA and JOHN DOES 1-10,<br>          Third-Party Defendants. | |

Third-Party Defendant Shan Jamal notifies the Court that Gavin F. Voeller, of Voeller Law, PLLC, hereby appears in this matter on his behalf. Case correspondence can be sent to: Gavin F. Voeller, Voeller Law, PLLC, PO Box 206, East Helena, MT  59635, or gavin@voellerlawmontana.com.

Respectfully submitted this 28th day of August, 2025.

                                    VOELLER LAW, PLLC

                                    BY: _____
                                      Gavin F. Voeller
                                      *Attorney for Mr. Shan Jamal*