IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| POETIC LICENSE CAPITAL, INC., <br><br> Plaintiff, <br> vs. <br><br> ALI EBRAHIM and JOHN DOES 1-10, <br><br> Defendants. | CV 22-99-BLG-KLD <br><br> ORDER |
| ALI EBRAHIM, <br><br> Third-Party Plaintiff, <br> vs. <br><br> YAHYA "JOHN" PIRACHA, <br><br> Third-Party Defendant. | |
| YAHYA "JOHN" PIRACHA, <br><br> Third-Party Defendant, Counter-claimant, and Third-Party Plaintiff <br> vs. <br><br> SHAN JAMAL, ALI THARIA and JOHN DOES 1-10, <br><br> Third-Party Defendants. | |

Third-Party Defendant, Counter Claimant, and Third-Party Plaintiff Yahya "John" Piracha moves for the admission of James M. Jorissen, Mary Bridget Boyl, and Jordan L. Weber to practice before this Court in this case with Casey Heitz to act as local counsel. The applications of all three attorneys appear to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to admit James M. Jorissen, Mary Bridget Boyl, and Jordan L. Weber pro hac vice is GRANTED on the condition that all three of the above-named attorneys shall do their own work. This means that each attorney admitted pro hac vice must do his or her own writing, sign his or her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless each of the three attorneys admitted pro hac vice, within fifteen (15) days of the date of this Order, files a separate pleading acknowledging his or her admission under the terms set forth above.

DATED this 21st day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge