IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| POETIC LICENSE CAPITAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> ALI EBHRAHIM and JOHN DOES 1-10, <br><br> Defendants. | Cause No. CV-22-99-BLG-KLD <br><br> **ORDER** |
| ALI EBRAHIM, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> YAHYA "JOHN" PIRACHA, <br><br> Third-Party Defendant. | |
| YAHYA "JOHN" PIRACHA, <br><br> Third-Party Defendant, Counter Claimant and Third-Party Plaintiff <br><br> vs. <br><br> SHAN JAMAL, ALI THARIA and JOHN DOES 1-10, <br><br> Third-Party Defendants. | |

1

Third-Party Defendant, Counter Claimant, and Third-Party Plaintiff, YS (John) Piracha has filed an unopposed motion for an extension of time to respond to the following motions:

> Doc. 82: Tharia's Rule 12(b)(2), 12 (b)(1), 12(b)(6) and 12(b)(7) Motion to Dismiss Third Party Claim of Yahya "John" Piracha and Joinder.
>
> Doc. 90: Shan Jamal's Rule 12(b)(1) and (6) Motion to Dismiss.

Accordingly,

**IT IS ORDERED** that Piracha's motion is GRANTED. Piracha shall have until February 4, 2026, to respond to the two motions identified above (Docs. 82 and 90).

DATED this 17th day of December, 2025.

                                                    */s/ Kathleen L. DeSoto*
                                                   Kathleen L. DeSoto
                                                   United States Magistrate Judge