IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| POETIC LICENSE CAPITAL, INC., | CV 22-99-BLG-KLD |
| Plaintiff, | |
| vs. | ORDER |
| ALI EBRAHIM and JOHN DOES 1-10, | |
| Defendants. | |
| ALI EBRAHIM, | |
| Third-Party Plaintiff, | |
| vs. | |
| YAHYA "JOHN" PIRACHA, | |
| Third-Party Defendant. | |
| YAHYA "JOHN" PIRACHA, | |
| Third-Party Defendant, Counter-claimant, and Third-Party Plaintiff | |
| vs. | |
| SHAN JAMAL, ALI THARIA and JOHN DOES 1-10, | |
| Third-Party Defendants. | |

Third-Party Defendant, Counter Claimant, and Third-Party Plaintiff Yahya "John" Piracha moves for the admission of Erik A. Ahlgren to practice before this Court in this case with Casey Heitz to act as local counsel. Mr. Ahlgren's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Piracha's motion to admit Erik Ahlgren pro hac vice is GRANTED on the condition that Mr. Ahlgren shall do his own work. This means that Mr. Ahlgren must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office. Mr. Ahlgren will be the fourth attorney admitted pro hac to represent Piracha in this matter. No further applications for pro hac vice admission to represent Piracha will be allowed.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Ahlgren, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 30th day of January, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge