IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| POETIC LICENSE CAPITAL, INC., | CV 22-99-BLG-KLD |
| Plaintiff, | |
| vs. | ORDER |
| ALI EBRAHIM and JOHN DOES 1-10, | |
| Defendants. | |
| ALI EBRAHIM, | |
| Third-Party Plaintiff, | |
| vs. | |
| YAHYA "JOHN" PIRACHA, | |
| Third-Party Defendant. | |
| YAHYA "JOHN" PIRACHA, | |
| Third-Party Defendant, Counter-claimant, and Third-Party Plaintiff | |
| vs. | |
| SHAN JAMAL, ALI THARIA and JOHN DOES 1-10, | |
| Third-Party Defendants. | |

Third-party Defendant Ali Tharia has filed an unopposed motion for an extension of time to submit a reply brief to the response brief (Doc. 116) filed by Third-party Defendant, Counterclaimant, and Third-party Plaintiff Yahya "John" Piracha on February 3, 2026. (Doc. 119). Piracha's brief in question was filed in response to the motion to dismiss (Doc. 82) filed by Tharia on July 16, 2025. Tharia requests that the deadline to file a reply brief be extended to April 15, 2026, but does not explain why such an extension is warranted. (Doc. 119 at 2).

Similarly, Third-party Defendant Shan Jamal has filed an unopposed motion for an extension of time to submit a reply brief to the response brief (Doc. 117) filed by Piracha on February 3, 2026. (Doc. 120). Piracha's brief in question was filed in response to the motion to dismiss (Doc. 90) filed by Jamal on August 28, 2025. Jamal, like Tharia, requests that the deadline to file a reply brief be extended to April 15, 2026, but does not explain why such an extension is warranted. (Doc. 120 at 2).

Local Rule 7.1(d)(1)(C) provides that reply briefs are optional, but may be filed within 14 days after a response brief has been entered. Further, a motion is deemed fully briefed "at the close of the time for response, unless otherwise indicated in the scheduling order." L.R. 7.1(d)(1)(D). Here, neither brief for which an extension has been requested is necessary for ruling on the underlying motions.

In light of the already delayed briefing schedule, and lacking apparent

justification for extending the deadlines for reply briefs by approximately two months,

IT IS ORDERED that Tharia's motion for an extension of time (Doc. 119) and Jamal's motion for an extension of time (Doc. 120) are DENIED.

DATED this 12th day of February, 2026.

_____
Kathleen L. DeSoto
United States Magistrate Judge