UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| POETIC LICENSE CAPITAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALI EBRAHIM and JOHN DOES 1-10, <br><br> Defendants. | Case No. CV-22-99-BLGS-KLD <br><br> JUDGMENT IN A CIVIL CASE |

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaints are dismissed and this case is closed.

Dated this 7th day of August, 2026

TYLER P. GILMAN, CLERK


By:   /s/ Annie Puhrmann
      Deputy Clerk